**Rebecca A. PATTERSON, Appellant,**

v.

**James H. PATTERSON, Jr., Respondent.**

**No. 70878.**

Missouri Court of Appeals,
Eastern District,
Northern Division.

Dec. 9, 1997.

Todd N. Hendrickson, St. Louis, for appellant.

Charles L. Hickman, Hannibal, for respondent.

Before CRAHAN, C.J., CRANDALL, J., and ROBERT E. CRIST, Senior Judge.

*ORDER*

PER CURIAM.

Wife appeals the judgment denying her Motion to Modify Child Support. We have reviewed the briefs of the parties and the record on appeal and find no error of law. A detailed opinion would serve no jurisprudential purpose. The judgment is affirmed in accordance with Rule 84.16(b).